PS 10
(8/88)

# United States District Court
# for the
# Southern District of Florida

U.S.A. vs Ana Edith Diaz                    Docket No. 98-6024 CR-Zloch

TO: [1] Any United States Marshal or any agent of the FBI

| WARRANT FOR ARREST OF DEFENDANT | | | |
|---|---|---|---|
| You are hereby commanded to arrest the within-named defendant and bring him or her, forthwith before the United States District Court to answer charges that he or she violated the conditions of his or her pretrial release imposed by the Court. | | | |
| NAME OF DEFENDANT<br>Ana Edith Diaz | SEX<br>Female | RACE<br>White<br>Hispanic | AGE<br>35<br>4/28/63 |
| ADDRESS(STREET, CITY, STATE)<br>Last known 11925 Royal Palm Boulevard #208, Coral Springs, Fl. She may be visiting her incarcerated husband in FCI Big Spring, 1900 Simler Avenue, Big Spring, Texas | | | |
| TO BE BROUGHT BEFORE (NAME OF COURT, CITY, STATES)<br>U.S. District Court<br>299 East Broward Boulevard, Fort Lauderdale, Fl. | | | |
| CLERK<br>Carlos Juenke | (BY) DEPUTY CLERK | | DATE<br>June 25, 1998 |
| RETURN | | | |
| WARRANT RECEIVED AND EXECUTED | DATE RECEIVED | | DATE EXECUTED |
| EXECUTING AGENCY (NAME AND ADDRESS) | | | |
| NAME | (BY) | | DATE |

---

[1] Insert designation of officer to whom the warrant is issued, e.g., "any United States Marshal or any other authorized officer;" or "United States Marshal for the Southern District of Florida;" or "any United States Marshal; or "Any Special Agent of the Federal Bureau of Investigation;" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."