UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 98-6024-CR-ZLOCH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ANA EDITH DIAZ,

    Defendant,
_____/

FILED by _____ D.C.
JAN 1 1 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

**FINAL JUDGMENT OF FORFEITURE OF TEN PERCENT APPEARANCE BOND**

    THIS MATTER is before the Court on the United States' Motion for a Final Judgment of Forfeiture of the Ten Percent Appearance Bond against defendant ANA EDITH DIAZ. The United States seeks to forfeit the appearance bond posted with this Court in the sum $75,000 with 10% cash deposit, and the Court having noted the previous revocation and estreature of said ten percent appearance bond, and having found no basis for exonerating or remitting the bond, it is

    **ORDERED AND ADJUDGED** that plaintiff United States of America have judgment against defendant ANA EDITH DIAZ, in the sum of $75,000 as to the ten percent appearance bond, plus accrued interest, if any, together with interest thereon from the date of this judgment as prescribed by 28 U.S.C. § 1961; and it is further,

    **ORDERED AND ADJUDGED** that any and all monies or things of

value deposited with the Registry Fund Account of the Clerk of Court as security for the aforesaid bond shall be forthwith transferred to the treasury of the United States in accordance with 28 U.S.C. §§ 2042 and 2043; and it is further

**ORDERED AND ADJUDGED** that any and all real or personal property, wherever situated and in whomsoever's custody it may be, pledged or granted to the United States to secure payment of the aforesaid bond, is hereby forfeited to the United States and subject to disposition according to law.

**DONE AND ORDERED** in chambers in Fort Lauderdale, Florida, this _11th_ day of _JANUARY, 2002_.

_____
WILLIAM J. ZLOCH
UNITED STATES DISTRICT JUDGE

cc:

AUSA THOMAS P. LANIGAN
AUSA Elizabeth Stein (**two certified copies**)

-3-